**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JONATHAN MCRYAN O'BANNON,
A# 088-708-625,**

      **Petitioner,**

**vs.**                          **Case No. 4:19cv33-MW/CAS**

**ATTORNEY GENERAL WILLIAM BARR,
and ICE ACTING DIRECTOR
RONALD D. VITIELLO,**

      **Respondents.**

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case in January 2019 by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. Petitioner's motion was granted and service of the petition was directed. ECF No. 4. After the filing of a notice of appearance, ECF No. 8, and extension of time, ECF No. 9, Respondents filed a motion to dismiss the petition as moot on April 10, 2019. ECF No. 12. The motion asserts that the petition should be dismissed as moot

because Petitioner was released from detention under an order of supervision on April 4, 2019.  ECF No. 12 at 1.  Attached to the motion were copies of Petitioner's Order of Supervision and related release documents.  ECF No. 12-1.  Thus, because Petitioner is no longer in custody, it appears that the petition should be dismissed as moot.  No further relief can be provided to Petitioner.[1]

Additionally, the motion to dismiss contains a certificate of service indicating the document was provided to Petitioner at his address upon release: 3753 West International Speedway Blvd., Daytona Beach, Florida 32124.  ECF No. 12 at 3; ECF No. 12-1 at 2.  The Clerk of Court shall forward this Report and Recommendation to Petitioner at that address.  If Petitioner disputes that this case is moot, he must immediately file "objections" and a notice of change of address.

**ORDER**

It is **ORDERED** that the Clerk of Court shall forward this Report and Recommendation to Petitioner at 3753 West International Speedway Blvd., Daytona Beach, Florida 32124, and his address of record at the Wakulla County Jail.

---

[1] Notably, Petitioner's copy of a recent Order, ECF No. 10, was returned as "undeliverable" because Petitioner was no longer housed at the Wakulla County Jail. ECF No. 11.

**RECOMMENDATION**

In light of Respondents' showing that Petitioner has been released from detention, it is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 12, be **GRANTED**, and the § 2241 petition be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on April 15, 2019.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**