# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

JONATHAN MCRYAN O'BANNON,

    *Petitioner,*

v().                                          Case No. 4:19cv33-MW/CAS

ATTORNEY GENERAL WILLIAM
BARR, ET AL.,

    *Defendants.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is accepted and adopted as this Court's opinion. The Clerk shall enter judgment stating, "The motion to dismiss, ECF No. 12, is **GRANTED** and the § 2241 petition is **DISMISSED as moot** since the Petitioner has been granted the relief sought in the petition." The Clerk shall close the file.

**SO ORDERED on May 27, 2019.**

                                                      s/Mark E. Walker    
                                                      **Chief United States District Judge**